# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| TANISHA C. BURTON,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL COMPUTER SYSTEMS, INC.,<br><br>Defendant. | Case No. 2:19-cv-11571<br><br>Honorable Judge Arthur J. Tarnow |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TANISHA C. BURTON and the Defendant, INTERNATIONAL COMPUTER SYSTEMS, INC., through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed without prejudice with leave to reinstate within 60 days. After 60 days, the dismissal shall become with prejudice, with Plaintiff to bear his own costs and attorneys' fees.

Dated: August 26, 2019     Respectfully Submitted,

| **TANISHA C. BURTON** | **INTERNATIONAL COMPUTER SYSTEMS, INC.** |
|---|---|
| */s/ Alexander J. Taylor*<br>Alexander J. Taylor, *Of Counsel*<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave., Ste. 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181 | */s/ David B. Shaver (with consent)*<br>David B. Shaver<br>*Counsel for Defendant*<br>Surdyk, Dowd & Turner Co., L.P.A.<br>8163 Old Yankee Street, Ste C<br>Dayton, Ohio 45458<br>Phone: (937) 222-2333 |

1

ataylor@sulaimanlaw.com        dshaver@sdtlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alexander J. Taylor*_____
Alexander J. Taylor
